[Nos. 43146-3-I; 43166-8-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STACY MILTON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JOHNSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 97-1-09651-7, Sharon S. Armstrong, J., entered July 6, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 43893-0-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER WALTON BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03158-8, Harriett M. Cody, J., entered December 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44291-1-I.   Division One.   March 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05320-4, James Bryan Street, J., entered March 8, 1999. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 45247-9-I.   Division One.   March 3, 2003.]

DONALD R. FIRTH, ET AL., *Respondents*, v. HEFU LU, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-12713-9, Suzanne M. Barnett, J., entered September 10, 1999. *Reversed* by unpublished opinion per Becker, C.J., concurred in by Coleman and Baker, JJ.